IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00540-PAB-2

UNITED STATES OF AMERICA,

 Plaintiff,

v.

2. SANTIAGO MARTINEZ-LOPEZ,

 Defendant.

## ORDER

This matter is before the Court on the Government's Motion to Dismiss Remaining Counts [Docket No. 102]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the Government's Motion to Dismiss Remaining Counts [Docket No. 102] is granted. Counts 1, 7, 9, and 10 of the Indictment are dismissed as to defendant Santiago Martinez-Lopez.

DATED August 25, 2011.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge